# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

DWAYNE NORTON,

     Plaintiff,

v.                             Case No: 8:16-cv-2599-T-30AEP

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

     Defendant.

_____

## **ORDER**

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Anthony E. Porcelli (Dkt. 55). Plaintiff filed Objections to the Report and Recommendation (Dkt. 56) and Defendant filed a Response (Dkt. 57).

After careful consideration of the Report and Recommendation of the Magistrate Judge, Plaintiff's Objections, and Defendant's Response, and in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.    The Report and Recommendation (Dkt. 55) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2.    Plaintiff's Motion for Summary Judgment (Dkt. 52) is DENIED.

3.  As no issues remain, and all relief available to Plaintiff has been denied, the Clerk is directed to enter judgment in favor of the Commissioner and close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 19th day of July, 2019.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>**Copies Furnished To**</u>:
Counsel/Parties of Record